WA/WD PTS-Warrant
(01/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant for Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Rezakhani, Maziar** | May 2, 2016 |
| Name of Judicial Officer | Case Number |
| The Honorable Mary Alice Theiler, United States Magistrate Judge | 2:15-CR-00395-JLR-1 |
| Original Offense | Date Supervision Commenced |
| Bank Fraud | October 6, 2015 |

Bond Conditions Imposed:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

- Travel is restricted to the <u>Western District of Washington</u>, or as directed by Pretrial Services.

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services. Defendant shall maintain a single financial account for all financial transactions and will not apply for any new lines of credit unless approved by Pretrial Services.

- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

**MODIFICATION on October 15, 2015:**

- Other: <u>Apply for a non-enhanced Washington state driver's license and provide proof to Pretrial Services.</u>

The Honorable Mary Alice Theiler, United States Magistrate Judge  
Petition for Warrant for Defendant Under Pretrial Services Supervision

Page 2 of 4  
May 2, 2016

**MODIFICATION on October 26, 2015:**

**Removed**

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

**Added**

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

**MODIFICATION on March 18, 2016:**

**Removed**

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite (GPS) technology. The defendant is restricted to his/her residence at all times except for employment, religious services, medical, legal reasons, or as otherwise approved by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals**

**Added**

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite (GPS) technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

- The defendant shall participate as directed in the Moral Reconation Therapy program approved by the United States Probation and Pretrial Services Office. The defendant must contribute towards the cost of any programs, to the extent the defendant is financially able to do so, as determined by the U.S. Probation Officer, including participation and successful completion of United States Pretrial Services' Moral Reconation Therapy program.

## PETITIONING THE COURT

☒ To issue a warrant under seal

The Probation Officer believes that the defendant has violated the following conditions of supervision:

The Honorable Mary Alice Theiler, United States Magistrate Judge  
Petition for Warrant for Defendant Under Pretrial Services Supervision

Page 3 of 4  
May 2, 2016

**Nature of Noncompliance**

1. Maziar Rezakhani has violated the condition of bond requiring that he not commit any federal, state, or local crime during his period of release, by committing the crime of Unlawful Imprisonment, on or about May 1, 2016, in King County, Washington.

2. The defendant violated the special condition requiring he comply with the location monitoring program by leaving his residence and removing the GPS tracking device without approval on or about May 1, 2016.

We incorporate by reference the information contained in the attached memorandum.

**U.S. Probation Officer Recommendation:**

☒ Issue a warrant

☒ Detention pending final adjudication due to:
☒ Risk of nonappearance
☒ Danger to community

The U.S. Attorney's Office has been notified of this violation and concurs with the recommendation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of May, 2016.

APPROVED:  
Connie Smith  
Chief U.S. Probation and  
Pretrial Services Officer  
BY:

Julie M. Busic  
Supervising U.S. Probation Officer

Gina L. Martinis  
U.S. Probation Officer

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)  
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)  
☐ Other

Mary Alice Theiler,  
United States Magistrate Judge

May 02, 2016  
Date