WA/WD PTS-Summons
(01/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Summons for Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Rezakhani, Maziar** | June 17, 2016 |
| Name of Judicial Officer | Case Number |
| The Honorable Mary Alice Theiler, United States Magistrate Judge | CR15-395 |
| Original Offense | Date Supervision Commenced |
| Bank Fraud | October 6, 2015 |

Bond Conditions Imposed:

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

- Travel is restricted to the <u>Western District of Washington</u>, or as directed by Pretrial Services.

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services. Defendant shall maintain a single financial account for all financial transactions and will not apply for any new lines of credit unless approved by Pretrial Services.

- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

- **MODIFICATION on October 15, 2015, the following condition was added:** Apply for a non-enhanced Washington state driver's license and provide proof to Pretrial Services.

- **MODIFICATION on October 26, 2015:** The defendant's location monitoring was increased from the curfew component to the home detention component.

The Honorable Mary Alice Theiler, United States Magistrate Judge  Page 2 of 3
Petition for Summons for Defendant Under Pretrial Services Supervision  June 17, 2016

- **MODIFICATION on March 17, 2016**: The defendant's location monitoring was reduced from the home detention component to the curfew component and a condition was added requiring the defendant to participate in Moral Reconation Therapy (MRT).
- **MODIFICATION on May 3, 2016, the following condition was added:** No direct or indirect contact with Anna O'Leary.

## PETITIONING THE COURT

☒ To issue a summons

The probation officer believes that the defendant has violated the following conditions of supervision:

**Nature of Noncompliance:**

1. Maziar Rezakhani has violated the special condition directing him not to have direct or indirect contact with Anna O'Leary, by having contact with her, on or about June 14, 2016.

2. Maziar Rezakhani has violated the standard condition requiring him not to use, consume, or possess any controlled substances, including medication, unless prescribed by a physician and approved in advance by Pretrial Services, by using cocaine, on or about June 15, 2016.

**U.S. Probation Officer Recommendation:**
☒ Issue a summons

The U.S. Attorney's Office has been notified of this violation and concurs with the recommendation.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 17th day of June, 2016.

APPROVED:
Connie Smith
Chief U.S. Probation and
Pretrial Services Officer
BY:

Monique D. Neal
Supervising U.S. Probation Officer

Christina Lacy
U.S. Probation Officer

The Honorable Mary Alice Theiler, United States Magistrate Judge     Page 3 of 3
Petition for Summons for Defendant Under Pretrial Services Supervision     June 17, 2016

---

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

*[signature]*

Mary Alice Theiler,
United States Magistrate Judge

6/20/16
Date