WA/WD PTS-WAR-AH
(06/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant for Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Rezakhani**, Maziar | August 17, 2016 |
| Name of Judicial Officer | Case Number |
| The Honorable Mary Alice Theiler, United States Magistrate Judge | 2:15-CR-00395-JLR-1 |
| Original Offense | Date Supervision Commenced |
| Count 1 and 3: Mail Fraud  Count 2: Bank Fraud  Count 4: Filing a False Income Tax Return | October 6, 2015 |

**PETITIONING THE COURT**

☒  To issue a warrant under seal

The Probation Officer believes that the defendant has violated the following conditions of supervision:

**Nature of Noncompliance**
1. Mr. Rezakhani has violated a standard condition of his bond which states he shall not commit a federal, state, or local crime during the period of release by committing the crime of Assault 4th Degree, on or about August 17, 2016.

2. Mr. Rezakhani has violated a special condition of his bond which states he shall not use, consume, or possess alcohol unless prescribed by a physician, by consuming alcohol, on or about August 17, 2016.

**Nature of Violation Conduct**: On August 17, 2016, the undersigned received a call from Bellevue Police Department Officer Cooper. He disclosed Mr. Rezakhani and his ex-girlfriend, Anna O'Leary, met at a bar and had a few alcoholic beverages. Officer Cooper advised Mr. Rezakhani and Ms. O'Leary subsequently went to Mr. Rezakhani's residence and got into an argument. He indicated Mr. Rezakhani pushed Ms. O'Leary to the floor twice. Officer Cooper stated he arrested and booked Mr. Rezkhani into jail for Assault 4th Degree.

**U.S. Probation Officer Recommendation:**
☒   Revoke the bond

☒   Detention pending final adjudication due to:
☒     Risk of nonappearance
☒     Danger to community

Case 2:15-cr-00395-JLR   Document 83   Filed 08/17/16   Page 2 of 2

The Honorable Mary Alice Theiler, United States Magistrate Judge　　　　Page 2 of 2
Petition for Warrant for Defendant Under Pretrial Services Supervision　　　　8/17/2016

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 17th day of August, 2016.

APPROVED:

Connie Smith
Chief U.S. Probation and
Pretrial Services Officer
BY:

Monique D. Neal
Supervising U.S. Probation Officer

Christina Lacy
U.S. Probation Officer

---

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ **The Issuance of a Warrant under seal**
(conditions of supervision shall remain in effect pending final adjudication)

Karen L. Strombom,
United States Magistrate Judge

8/17/2016
Date