WA/WD PTS-Supplemental
(01/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report of Supplemental Violations

| Name of Defendant | Date |
|---|---|
| **Rezkhani, Maziar** | August 23, 2016 |
| Name of Judicial Officer | Case Number |
| The Honorable Mary Alice Theiler, United States Magistrate Judge | 2:15-cr-00395-JLR-1 |
| Original Offense<br>Count 1 and 3: Mail Fraud<br><br>Count 2: Bank Fraud<br><br>Count 4: Filing a False Income Tax Return | Date Supervision Commenced<br><br>October 6, 2015 |

**Bond Conditions Imposed:**

- Submit to drug and alcohol testing, to include urinalysis, breathalyzer, or hand-held devices, as directed by Pretrial Services. You shall not use, consume or possess alcohol or any other product containing alcohol, including medication, unless prescribed to you by a physician and under the direction of Pretrial Services. Obtain an alcohol/substance abuse evaluation and follow any treatment recommendations as directed by Pretrial Services.

- Travel is restricted to the <u>Western District of Washington,</u> or as directed by Pretrial Services.

- The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services. Defendant shall maintain a single financial account for all financial transactions and will not apply for any new lines of credit unless approved by Pretrial Services.

- Maintain employment, or, if unemployed, actively seek employment as directed by Pretrial Services.

- You must contribute towards the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

**MODIFICATION on October 15, 2015:**

Case 2:15-cr-00395-JLR   Document 89   Filed 08/23/16   Page 2 of 3

The Honorable Mary Alice Theiler, United States Magistrate Judge     Page 2 of 3
Report of Supplemental Violations     August 23, 2016

- Other: <u>Apply for a non-enhanced Washington state driver's license and provide proof to Pretrial Services.</u>

**MODIFICATION on October 26, 2015:**

- The defendant's conditions were modified and he was placed on the home detention component of the Location Monitoring Program after the defendant used cocaine and committed a new fraud offense.

**MODIFICATION on March 18, 2016:**

- The defendant's conditions were modified and was reduced to from the home detention component to the curfew component of the Location Monitoring Program with the understanding that he would participate in Moral Reconation Therapy (MRT).

**MODIFICATION on July 7, 2016:**

- The defendant's conditions were modified to increase his level of location monitoring from the curfew component to the home detention component after the defendant used cocaine and had contact with Anna O'Leary without permission.

## PETITIONING THE COURT

☒     To incorporate the violations contained in this petition and in all future proceedings with the violations previously reported to the Court on August 17, 2016 and August 19, 2016.

The Probation Officer believes that the defendant has violated the following conditions of supervision:

**Nature of Noncompliance:**

5. Maziar Rezakhani has violated a special the condition of his bond directing him not to have direct or indirect contact with Anna O'Leary, by having contact with her, on or about July 22, 2016 and July 23, 2016.

6. Maziar Rezakhani has violated a special the condition of his bond directing him not to have direct or indirect contact with Anna O'Leary, by having contact with her, on or about August 16, 2016.

**U.S. Probation Officer Recommendation:**

☒     That violation(s) #5 and 6 be added to the previous petition presently before the Court dated August 17, 2016 and August 19, 2016.

The U.S. Attorney's Office has been notified of this violation and concurs with the recommendation.

The Honorable Mary Alice Theiler, United States Magistrate Judge  Page 3 of 3
Report of Supplemental Violations  August 23, 2016

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of August, 2016.

APPROVED:
Connie Smith
Chief U.S. Probation and
Pretrial Services Officer
BY:

Monique D. Neal
Supervising U.S. Probation Officer

Christina Lacy
U.S. Probation Officer

---

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ To incorporate the violations contained in this petition under seal in all future proceedings with the violations previously reported to the Court
☒ To incorporate the violations contained in this petition and in all future proceedings with the violations previously reported to the Court
☐ Other

Mary Alice Theiler,
United States Magistrate Judge

8/23/16
Date