Judge Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAZIAR REZAKHANI,<br><br>Defendant,<br><br>and<br><br>ESFANDIAR REZAKHANI,<br>ZAHRA REZAKHANI, and<br>PACIFIC CONTINENTAL BANK,<br><br>Third-Party Petitioners. | NO. CR15-0395JLR<br><br>**ORDER GRANTING GOVERNMENT'S MOTION TO CONDUCT DISCOVERY AND FOR ANCILLARY HEARING PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 32.2 IN RESPONSE TO PETITIONERS CLAIMS [DOCUMENT 121 & 122]** |

THIS MATTER having come before the Court on the [unopposed] Motion of the United States requesting this Court's authorization to conduct discovery under Federal Criminal Rule 15 and the Federal Rules of Civil Procedure in Response to Petitioners Claims [Documents 121 and 122], and the Court having considered the motion and the files and records herein, it is hereby

//

Order to Conduct Discovery & for Ancillary Hearing, CR15-0395JLR - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

ORDERED that, pursuant to Federal Rule of Criminal Procedure 32.2 and 21 U.S.C. § 853(m), the United States and the Petitioner may conduct discovery, including the taking of the depositions of Third-Party Petitioners Esfandiar Rezakhani, Zahra Rezakhani, and a representative of Pacific Continental Bank ("Petitioners") and witnesses pursuant to the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that the parties will complete discovery by 18 August 2017 and an ancillary hearing regarding Petitioners petition will be set for 2 October 2017 at 11:00am.

DATED this 8th day of May, 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

[DKT ## 121 and 122 are renoted to that date.]

Presented by:

/s/ Matthew H. Thomas
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4383
Telephone: (253) 428-3800
Fax: (253) 428-3826

Order to Conduct Discovery & for Ancillary Hearing, CR15-0395JLR - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800