Judge Robart

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-0395JLR |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND ORDER TO EXTEND THIRD PARTY DISCOVERY DEADLINE** |
| MAZIAR REZAKHANI, | |
| Defendant, | Note on Motion Calendar: September ___, 2017 |
| and | |
| ESFANDIAR REZAKHANI, ZAHRA REZAKHANI, and PACIFIC CONTINENTAL BANK, | |
| Third-Party Petitioners. | |

COME NOW the parties and request that the Court extend the discovery closure deadline in this case for the sole purpose of permitting the parties to take the depositions of Esfandiar Rezakhani and Zahra Rezakhani, related to their claims for the $113,900 in U.S. Currency. Currently, this matter is set for an ancillary forfeiture hearing on October 2, 2017 at 10:00 a.m. Discovery was ordered to be completed by August 18, 2017. *See* Docket No. 125.

Stipulation and Order to Extend Third Party Discovery Deadline
CR15-0395JLR - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1  If the Court permits the extension, the parties will conduct the deposition on
2 Monday September 18, 2017. Accordingly, the parties agree and request the Court to
3 order this brief and limited extension of the discovery deadline to September 22, 2017,
4 but retain the third party ancillary hearing date of October 2, 2017

5  A proposed order is attached herewith.

6  DATED this __8th__ day of September, 2017.

Respectfully Submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4383
Telephone: (253) 428-3800

MICHAEL SIDERIUS
Siderius, Loner, & Martin LLP
500 Union Street, Suite 847
Seattle, Washington 98101-2394
Telephone: 206-624-2800

Stipulation and Order to Extend Third Party Discovery Deadline
CR15-0395JLR - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that the deadline for the completion of discovery for the sole purpose of completing certain depositions, as described in the joint stipulation, is extended from August 18, 2015 through September 22, 2017.

DATED this 1ˢᵗ day of September, 2017.

_____
JAMES L. ROBART
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order to Extend Third Party Discovery Deadline
CR15-0395JLR - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## CERTIFICATE OF SERVICE

I hereby certify that on September __8__, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the parties.

_s/Jennifer Biretz_
JENNIFER BIRETZ
FSA Supervisory Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Tel: (206) 553-1520
Fax: (206) 553-6934
E-mail: Jennifer.Biretz@usdoj.gov

Stipulation and Order to Extend Third Party Discovery Deadline
CR15-0395JLR - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800