1                                                                   Judge Robart

2

3

4

5

6

7            UNITED STATES DISTRICT COURT FOR THE

8              WESTERN DISTRICT OF WASHINGTON
                        AT SEATTLE

9

10   UNITED STATES OF AMERICA,         NO. CR15-0395JLR

11                 Plaintiff,

12                 v.                **STIPULATED SETTLEMENT**
                                **AGREEMENT**

13

14   MAZIAR REZAKHANI,

15                 Defendant,

16   and

17   ESFANDIAR REZAKHANI,
     ZAHRA REZAKHANI, and
18   PACIFIC CONTINENTAL BANK,

19

20           Third-Party Petitioners.

21

22       IT IS HEREBY STIPULATED between the United States of America, by and

23 through Annette L. Hayes, United States Attorney for the Western District of

24 Washington, and Matthew H. Thomas, Assistant United States Attorney for said District,

25 and Esfandiar Rezakhani, Zahra Rezakhani ("Petitioners Rezakhani") and Petitioner

26 Pacific Continental Bank, as successor in interest to Foundation Bank, ("Petitioner

27 Pacific Continental Bank"), through their respective undersigned counsel, to settle their

28 respective claims with regard to the following property:

Stipulated Settlement Agreement
CR16-0395JLR - 1

    a.    $113,900.00 in United States Currency, seized from the custody and control of MAZIAR REZAKHANI and his parents, E.R. and Z.R.; and

    b.    One (1) 2015 Silver BMW 528xi Sedan, VIN: WBA5A7C59FD628902[1], (hereinafter sometimes collectively referred to as the subject property);

On July 26, 2016, Defendant Maziar Rezakhani pleaded guilty to the following Counts in the Indictment:  Counts 1 and 3 charging Mail Fraud, violations of Title 18, United States Code, Section 1341, Count 2 charging Bank Fraud, a violation of Title 18, United States Code, Section 1344; and Count 4 charging Filing a False tax Return, a violation of Title 26, United States Code, Section 7206(l). Dkt. 78

On February 3, 2017, this Court granted a Preliminary Order of Forfeiture forfeiting the Defendant's interest in the subject property. Dkt. No. 109.

On April 4, 2017, third party Petitioners Esfandiar Rezakhani and Zahra Rezakhani filed a claim to $114,600.00 in United States Currency. Dkt. 121.

On April 6, 2017, third party Petitioner Pacific Continental Bank, as successor in interest to Foundation Bank, filed a claim to the subject property. Dkt. No. 122.

This Stipulated Settlement Agreement is entered into between the United States and the Petitioners pursuant to the following terms:

1.    Petitioners Esfandiar Rezakhani and Zahara Rezakhani hereby agree to withdraw their claim to the $113,900.00 in United States Currency

2.    Plaintiff United States stipulates and agrees to return the subject property to Petitioner Pacific Continental Bank.

3.    Petitioner Pacific Continental Bank agrees that the return of the Subject Property shall be in full settlement and satisfaction of any and all claims by the Petitioner in the above-captioned matter.

4.    Petitioners agree to release and hold harmless the United States of America, the United States Department of Justice, and any and all agents, servants, and employees of the United States and its agencies, acting in their individual or official capacities, from

---

[1] The 2015 Silver BMW is titled in the name of Esfandiar Rezakhani.

Stipulated Settlement Agreement
CR16-0395JLR  - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  any and all claims by the Petitioners, and/or their representatives, agents, heirs,

2  successors, and assigns, which currently exist or which may arise as a result of the search,

3  the seizure of, or the forfeiture action against the Subject Property.

4      5.      Petitioners understand and agree that by entering into this Stipulated

5  Settlement Agreement they waives any rights to further litigate their interest in the

6  property and to petition for remission or mitigation of the forfeiture. Thereafter, unless

7  specifically directed by an order of the Court, Petitioners shall be excused and relieved

8  from further participation in this action.

9      6.      Petitioners Esfandiar Rezakhani and Zahara Rezakhani further agree to

10  execute any documentation necessary to transfer title of the 2015 Silver BMW 528xi

11  Sedan, VIN: WBA5A7C59FD628902 to Petitioner Pacific Continental Bank, or any

12  authorized representative designated by Petitioner Pacific Continental Bank.

13      7.      Each party agrees to bear its own costs and attorney's fees in this forfeiture

14  case, as against the other party.

15      8.      Petitioners will not be responsible for paying any storage fees that have

16  accrued for the Subject Vehicle since the date it was seized and has been in government

17  custody.

18

19

20

21

22

23

24

25

26

27

28

Stipulated Settlement Agreement
CR16-0395JLR - 3

9.    The terms of this stipulated settlement agreement shall be subject to approval by the United States District Court.

A proposed order is attached herewith.

Respectfully Submitted,

ANNETTE L. HAYES
United States Attorney _____

Date:_____

*/s/ Matthew H. Thomas*
MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402-4383
*Counsel for the United States of America*

Date: 10/27/17

MICHAEL SIDERIUS
Siderius, Loner, & Martin LLP
500 Union Street, Suite 847
Seattle, Washington 98101-2394
*Counsel for Petitioners Rezakhani*

Date: 10-27-2017

ESFANDIAR REZAKHANI, *Petitioner*

Date: 10-27-2017

ZAHRA REZAKHANI, *Petitioner*

Date:_____

ROBERT D. STEWART
KIPLING LAW GROUP PLLC
4464 Fremont Avenue N., Suite 300
Seattle, WA 98103
*Counsel for Petitioner Pacific*
*Continental Bank*

Stipulated Settlement Agreement
CR16-0395JLR - 4

1    9.    The terms of this stipulated settlement agreement shall be subject to

2    approval by the United States District Court.

3         A proposed order is attached herewith.

4                                                    Respectfully Submitted,

5                                                    ANNETTE L. HAYES
6                                                    United States Attorney

7    Date:_____                               _/s/ Matthew H. Thomas_____
8                                                    MATTHEW H. THOMAS
                                                     Assistant United States Attorney
9                                                    United States Attorney's Office
10                                                   1201 Pacific Avenue, Suite 700
                                                     Tacoma, Washington  98402-4383
11                                                   *Counsel for the United States of America*

12   Date:_____
13                                                   _____
                                                     MICHAEL SIDERIUS
14                                                   Siderius, Loner, & Martin LLP
                                                     500 Union Street, Suite 847
15                                                   Seattle, Washington 98101-2394
16                                                   *Counsel for Petitioners Rezakhani*

17
18   Date:_____
                                                     _____
19                                                   ESFANDIAR REZAKHANI, *Petitioner*

20   Date:_____
21                                                   _____
                                                     ZAHRA REZAKHANI, *Petitioner*

22
23   Date: *10/26/2017*
24                                                   ROBERT D. STEWART  *WSBA 8998*
                                                     KIPLING LAW GROUP PLLC
25                                                   4464 Fremont Avenue N., Suite 300
26                                                   Seattle, WA 98103
                                                     *Counsel for Petitioner Pacific*
27                                                   *Continental Bank*

28

Stipulated Settlement Agreement
CR16-0395JLR  - 4

1

## ORDER

2      Based upon the foregoing stipulation of the parties, this Stipulated Settlement

3  Agreement is hereby APPROVED.

4      DATED this ___30ᵗʰ___ day of ____October____, 2017.

5

6

7                                 JAMES L. ROBART

8                                 United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Settlement Agreement
CR16-0395JLR - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## CERTIFICATE OF SERVICE

2       I hereby certify that on October ___27th___, 2017, I electronically filed the foregoing

3   with the Clerk of the Court using the CM/ECF system, which will send notification of

4   such filing to the attorneys of record for the parties.

5

6

7                                   *s/Jennifer Biretz*

                                JENNIFER BIRETZ

8                                   FSA Supervisory Paralegal

9                                   United States Attorney's Office

                                700 Stewart Street, Suite 5220

10                                  Seattle, Washington 98101-1271

11                                  Tel: (206) 553-1520

                                Fax: (206) 553-6934

12                                  E-mail: Jennifer.Biretz@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970