THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-395 JLR |
| Plaintiff, | ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL |
| v. | |
| MAZIAR REZAKHANI, | |
| Defendant. | |

The Court, having received and reviewed the Motion to Withdraw as Counsel and Ex Parte Declaration of Counsel, and based on all of the other records and files in this matter, and good cause appearing,

It is hereby ORDERED that the Motion to Withdraw as Counsel is GRANTED. Ms. Scanlan is withdrawn as counsel in this matter and new counsel shall be appointed to represent the defendant from the CJA panel.

DATED this 14th day of November 2022.

_____
HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER- 1

SCANLAN LAW, PLLC
506 SECOND AVENUE, SUITE 1400
SEATTLE, WASHINGTON  98104
(206) 237-0677

Presented by:

*/s/ Emma C. Scanlan*
Emma C. Scanlan, WSBA #37835
Attorney for Maziar Rezakhani