AO245D   (Rev. 11/25) Judgment in a Criminal CaseFor Revocations
          Sheet 1

# UNITED STATES DISTRICT COURT
### Western District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| **v.** | (For Revocation of Probation or Supervised Release) |
| MAZIAR REZAKHANI | Case Number:     2:15CR00395JLR-001 |
| | USM Number:     45308-086 |
| | Peter Geisness |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐   admitted guilt to violation(s) _____ of the petitions dated 10/23/2025.

☑   was found in violation(s)   _____ 1 _____   after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Tampering with Physical Evidence | 06/13/2025 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Assistant United States Attorney

FEBRUARY 3, 2026
Date of Imposition of Judgment

Signature of Judge

James L. Robart, United States District Judge
Name and Title of Judge

3 Feb. 2026
Date

AO245D      (Rev. 11/25) Judgment in a Criminal CaseFor Revocations
            Sheet 2 — Imprisonment

DEFENDANT:      **MAZIAR REZAKHANI**
CASE NUMBER:    2:15CR00395JLR-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

_12 months and 15 days_

☐   The court makes the following recommendations to the Bureau of Prisons:


☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

    ☐   at _____ ☐ a.m.   ☐ p.m.   on _____ .

    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐   before 2 p.m. on _____ .

    ☐   as notified by the United States Marshal.

    ☐   as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO245D      (Rev. 11/25) Judgment in a Criminal CaseFor Revocations
            Sheet 5 — Criminal Monetary Penalties

DEFENDANT:      **MAZIAR REZAKHANI**
CASE NUMBER:    2:15CR00395JLR-001

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment[*] | JVTA Assessment[**] |
|---|---|---|---|---|---|
| TOTALS | $  400 (paid) | $ 3,567,756.20 | $ N/A | $ N/A | $ N/A |

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss[***] | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Apple<br>1 Infinet Loop, MS169-5GS<br>Cupertino CA95014 | $342,710.00 | $342,710.00 | |
| Pacific Continental Bank as successor in interest to Foundation Bank<br>PO Box 10727<br>Eugene, OR 97440 | $3,097,170.26 | $3,097,170.26 | |
| Federal Express Corporation<br>C/O Tom Murrey<br>3620 Hacks Cross Road<br>Building B, 3rd Floor<br>Memphis, TN 38125 | $77,328.00 | $77,328.00 | |
| AXA Corporate Solutions<br>C/O Conte Cicala<br>Cylde & Co US LLP<br>101 2nd Street, 24th floor<br>San Francisco, CA94105 | $42,965.75 | $42,965.75 | |
| TOTALS | $3,567,756.20 | $3,567,756.20 | |

☐   Restitution amount ordered pursuant to plea agreement $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒   The court determined that the defendant does not have the ability to pay interest and it is ordered that:
    ☒   the interest requirement is waived for the   ☐   fine   ☒   restitution
    ☐   the interest requirement for the   ☐   fine   ☐   restitution is modified as follows:

AO245D        (Rev. 11/25) Judgment in a Criminal CaseFor Revocations
              Sheet 5 — Criminal Monetary Penalties

DEFENDANT:        **MAZIAR REZAKHANI**
CASE NUMBER:      2:15CR00395JLR-001

☐       The court finds the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition
        of a fine is waived.


  *     Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
 **     Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
***     Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for
        offenses committed on or after September 13, 1994, but before April 23, 1996.

AO245D    (Rev. 11/25) Judgment in a Criminal CaseFor Revocations
                Sheet 6 — Schedule of Payments

DEFENDANT:      **MAZIAR REZAKHANI**
CASE NUMBER:    2:15CR00395JLR-001

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

☒    PAYMENT IS DUE IMMEDIATELY.  Any unpaid amount shall be paid to
Clerk's Office, United States District Court, 700 Stewart Street, Seattle, WA 98101.

   ☒    During the period of imprisonment, no less than 25% of their inmate gross monthly income or $25.00 per quarter, whichever is greater, to be collected and disbursed in accordance with the Inmate Financial Responsibility Program.

   ☒    During the period of supervised release, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after release from imprisonment.

   ☐    During the period of probation, in monthly installments amounting to not less than 10% of the defendant's gross monthly household income, to commence 30 days after the date of this judgment.

   The payment schedule above is the minimum amount that the defendant is expected to pay towards the monetary penalties imposed by the Court. The defendant shall pay more than the amount established whenever possible.  The defendant must notify the Court, the United States Probation Office, and the United States Attorney's Office of any material change in the defendant's financial circumstances that might affect the ability to pay restitution.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of court. For restitution payments, the Clerk of the Court is to forward money received to the party(ies) designated to receive restitution specified on the Criminal Monetaries (Sheet 5) page.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐    Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐    The defendant shall pay the cost of prosecution.

☐    The defendant shall pay the following court cost(s):

☐    The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal,(6) fine interest, (7) community restitution, (8) JVTA Assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.